UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ETHAN L. OWEN and KARI L. OWEN<br><br>              Plaintiffs,<br><br>   v.<br><br>RYEN L. GODWIN; MCGAVICK GRAVES, P.S., a Washington Professional Services Corporation; ACEBEDO & JOHNSON, LLC, a Washington limited liability company; and PIERRE E. ACEBEDO,<br><br>              Defendants. | NO:  CV-12-3037-RMP<br><br>ORDER OF DISMISAL WITH PREJUDICE |

BEFORE the Court is Plaintiff's Stipulation for Dismissal of All Claims with Prejudice, ECF No. 65.  Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly,

**IT IS HEREBY ORDERED:**

    1. Plaintiff's Stipulation for Dismissal with Prejudice, **ECF No. 65**, is

        **GRANTED**.  Plaintiff's Complaint and any and all counterclaims and/or

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 | cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close** this case.

**DATED** this 29th day of January 2013.

                    *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2